```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2000 JUL 14  PM 4: 52
```

UNITED STATES DISTRICT COURT
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID DUNN | * | CIVIL ACTION |
| VERSUS | * | NO. 99-3413 |
| WARDEN BURL CAIN | * | SECTION "L" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that the petition of David Dunn for habeas corpus relief be DENIED and the case be DISMISSED with prejudice as time-barred.

Done this 13 day of July, 2000.
New Orleans, Louisiana.

DATE OF ENTRY
JUL 1 7 2000

UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.