FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 14  PM 4: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID DUNN | CIVIL ACTION |
| VERSUS | NO. 99-3413 |
| WARDEN BURL CAIN | SECTION "L" (2) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant, Warden Burl Cain, and against petitioner, David Dunn, dismissing petitioner's application for writ of habeas corpus with prejudice.

New Orleans, Louisiana, this 13 day of July, 2000.

DATE OF ENTRY
JUL 17 2000

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
 X  Dktd